**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHUA S. HOSSAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26 CV 645** |
| | ) | **Honorable Manish S. Shah** |
| **BMO BANK N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT BMO BANK N.A.'S INITIAL STATUS REPORT</u>**

Pursuant to the Court's standing orders and pursuant to its order of June 12, 2026, Dkt. 12, Defendant BMO Bank N.A. ("BMO"), by its undersigned counsel, submits this initial status report. Plaintiff did not participate, as noted below.

1. On May 6, 2026, this Court entered an Order requiring the parties to file a joint initial status report by June 18, 2026. Dkt. 5. Following entry of this Order, the Executive Committee for the Northern District of Illinois ("Executive Committee") ordered that Plaintiff's counsel, Frank B. Avila ("Attorney Avila"), "is suspended from the practice of law immediately for failure to respond to the Rule to Show Cause Order, and until further order of this Court." Dkt. 6. The Executive Committee further ordered Attorney Avila to respond to the Rule by July 8, 2026, and to notify his clients "of the fact that [he] cannot represent them during the suspension period." *Id*.

3. Attorney Avila continues to be the only attorney of record for Plaintiff Shua S. Hossain. In the Court's June 12, 2026 order, the Court ruled that BMO was authorized to confer with Attorney Avila to discuss his plans for moving the case forward. Dkt. 12. BMO's counsel reached out to Attorney Avila on June 22 and again on July 9, 2026, but, as of this writing, he has

not responded or made any effort to participate in the case. Accordingly, BMO submits the initial status information below without participation from Plaintiff.

4. <u>Nature of the Case</u> –

a. Frank Avila is the attorney of record for Plaintiff. Meredith Pike and Julie Rodriguez Aldort are the attorneys of record for Defendant.

b. Plaintiff alleged federal jurisdiction based on 28 U.S.C. §§ 1331 and 1341 based on its Section 1981 claim.

c. Plaintiff brought this suit asserting employment discrimination on the basis of race pursuant to Section 1981. Plaintiff also asserted Illinois state law claims of gender discrimination, hostile work environment, retaliation, and wrongful termination. BMO has not asserted any counterclaims.

d. Plaintiff's claims are subject to dismissal for failure to state a claim.

e. Plaintiff states that she seeks damages allowed under the claims, compensatory damages, prejudgment interest, costs, punitive damages, and attorney's fees. No dollar amount was stated.

4. <u>Pending Motions and Case Plan</u> –

a. BMO filed its motion to dismiss the complaint on June 15, 2026. Dkt. 13. In its order of June 16, 2026, Dkt. 16, the Court ordered the parties to propose a briefing schedule for the motion to dismiss. As noted above, in paragraph 3, Attorney Avila has been nonresponsive.

b. In light of the Plaintiff's unwillingness to confer regarding plans to move forward, and in the absence of Plaintiff appearing *pro se*, BMO submits that the matter should be dismissed for want of prosecution. In the alternative, if the Court prefers to set a

briefing schedule on the pending Motion to Dismiss, BMO requests the Court limit

response time to fourteen days, given that the Motion has been pending since June 15, with

fourteen days for the reply.

3.        <u>Magistrate</u> - BMO does not consent to proceed before a magistrate judge.

4.        <u>Status of Settlement Discussions</u> – No discussions have occurred and no settlement

conference is requested at this time.

WHEREFORE Defendant BMO Bank N.A. requests that the Court dismiss this matter for

want of prosecution and for such further relief as is just and proper.

Respectfully Submitted,

BMO Bank N.A.

Meredith Pike
Julie Rodriguez Aldort
BMO Bank N.A. – Legal                    /s/ Julie Rodriguez Aldort
320 South Canal Street, Floor 7          One if Its Attorneys
Chicago, Illinois 60606
Julie.Aldort@bmo.com
Meredith.Pike@bmo.com
(312) 461-7905